1

2    I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
     FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Plaintiff

3    (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
     RECORD IN THIS ACTION ON THIS DATE.

4    DATED: _____ 1. 30. 13_____

5    DEPUTY CLERK



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 3 0 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

6

7                    UNITED STATES DISTRICT COURT

8                   CENTRAL DISTRICT OF CALIFORNIA

9

10   DEON WADE,                        ) Case No. CV 12-4019-JVS (JPR)
                                       )
11                  Plaintiff,         )
                                       )
12           vs.                       ) ORDER ACCEPTING FINDINGS AND
                                       ) RECOMMENDATIONS OF U.S.
     CITY OF LOS ANGELES et al.,       ) MAGISTRATE JUDGE
13                                     )
                                       )
14                  Defendants.        )
                                       )
15   _____)

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the

17   Complaint, records on file, and Report and Recommendation of the

18   U.S. Magistrate Judge, which recommends that this civil rights

19   action be dismissed for failure to prosecute.  The Report and

20   Recommendation was originally filed and served on December 17,

21   2012, and any objections to it were due January 10, 2013.  On

22   December 21, 2012, the day after the Court received a notice of

23   change of address from Plaintiff, the Magistrate Judge ordered

24   that the Report and Recommendation be re-served on Plaintiff at

25   his new address and sua sponte extended the time for filing

26   objections to January 14, 2013.  To date, no objections to the

27   Report and Recommendation and no opposition to Defendant Baca's

28   motions to dismiss the First Amended Complaint and to compel

1 | discovery have been filed, nor has Plaintiff requested an

2 | extension of time in which to do so.  The Court therefore accepts

3 | the findings and recommendations of the Magistrate Judge.

4 |     IT THEREFORE IS ORDERED that this action is dismissed for

5 | failure to prosecute, and Defendant Baca's motions to dismiss and

6 | to compel discovery are denied as moot.

7

8 | DATED: January 29, 2013

9 | JAMES V. SELNA
   | U.S. DISTRICT JUDGE