I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY ~~Plaintiff~~ Plaintiff
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-30-13

DEPUTY CLERK



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 30 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DEON WADE,

    Plaintiff,

vs.

CITY OF LOS ANGELES et al.,

    Defendants.

) Case No. CV 12-4019-JVS (JPR)
)
) ORDER ACCEPTING FINDINGS AND
) RECOMMENDATIONS OF U.S.
) MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and Report and Recommendation of the U.S. Magistrate Judge, which recommends that this civil rights action be dismissed for failure to prosecute. The Report and Recommendation was originally filed and served on December 17, 2012, and any objections to it were due January 10, 2013. On December 21, 2012, the day after the Court received a notice of change of address from Plaintiff, the Magistrate Judge ordered that the Report and Recommendation be re-served on Plaintiff at his new address and sua sponte extended the time for filing objections to January 14, 2013. To date, no objections to the Report and Recommendation and no opposition to Defendant Baca's motions to dismiss the First Amended Complaint and to compel

1 | discovery have been filed, nor has Plaintiff requested an
2 | extension of time in which to do so.  The Court therefore accepts
3 | the findings and recommendations of the Magistrate Judge.
4 |     IT THEREFORE IS ORDERED that this action is dismissed for
5 | failure to prosecute, and Defendant Baca's motions to dismiss and
6 | to compel discovery are denied as moot.

DATED: January 29, 2013

<u>/s/ James V. Selna</u>
JAMES V. SELNA
U.S. DISTRICT JUDGE