I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY ~~Plaintiff~~
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: _____1.30.13_____

DEPUTY CLERK

JS-6 / **ENTERED**

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**JAN 30 2013**

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON WADE,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY OF LOS ANGELES et al.,<br><br>        Defendants. | ) Case No. CV 12-4019-JVS (JPR)<br>)<br>)<br>) **J U D G M E N T**<br>)<br>)<br>)<br>)<br>)<br>) |

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: <u>January 29, 2013</u>

JAMES V. SELNA
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**JAN 30 2013**

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY